UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| David R. Alvarado, | § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. H-18-3594 |
| Nancy A. Berryhill, | § § § | |
| Defendant. | § § | |

## **ORDER OF ADOPTION**

On January 3, 2020, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 17) recommending that the court deny Alvarado's motion for summary judgment (D.E. 13) and grant Berryhill's cross-motion for summary judgment (D.E. 14). Alvarado did not file objections.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

Signed at Houston, Texas on January 25, 2020.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1